IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Allen, Sharon L | Case Number: 07 B 18550 |
| | Judge: Squires, John H |
| Printed: 3/4/08 | Filed: 10/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 2. | Select Portfolio Servicing | Secured | 5,000.00 | 0.00 |
| 3. | B-Real LLC | Unsecured | 1,597.52 | 0.00 |
| 4. | Premier Bankcard | Unsecured | 420.23 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 3,536.45 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 5,397.70 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 668.59 | 0.00 |
| 8. | National Capital Management | Unsecured | 873.18 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 1,539.99 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 492.56 | 0.00 |
| 11. | Debt Credit Service | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | Medical | Unsecured | | No Claim Filed |
| 14. | Medical Collections | Unsecured | | No Claim Filed |
| 15. | Midwest | Unsecured | | No Claim Filed |
| 16. | Park Dansan | Unsecured | | No Claim Filed |
| 17. | Pellettieri & Associates | Unsecured | | No Claim Filed |
| 18. | Medical Collections | Unsecured | | No Claim Filed |
| 19. | Credit Bureau Of Columbus Services | Unsecured | | No Claim Filed |
| | | | $ 19,526.22 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Allen, Sharon L | Case Number:  07 B 18550 |
| | Judge:  Squires, John H |
| Printed:  3/4/08 | Filed:  10/9/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

